NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUIS ANGEL NARVAEZ BACILIMA,**
*Petitioner*

**v.**

**MERRICK B. GARLAND, Attorney General,**
*Respondent*

---

2023-1472

---

Petition for review of the Board of Immigration Appeals in No. A208-355-620.

---

## ON MOTION

---

Before DYK, TARANTO, and STOLL, *Circuit Judges*.

PER CURIAM.

## O R D E R

Luis Angel Narvaez Bacilima petitioned this court to review an order of the Board of Immigration Appeals.  In response to the court's February 23, 2023, order to show cause, the Attorney General moves to transfer this petition to the United States Court of Appeals for the Second Circuit.  Mr. Narvaez Bacilima has not responded.

This court's jurisdiction is limited and does not include immigration appeals.  *Cf.* 28 U.S.C. § 1295; *see Herrera-Alcala v. Garland*, 39 F.4th 233, 241 n.2 (4th Cir. 2022) (noting same).  Rather, petitions for review of orders of the Board "shall be filed with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings." 8 U.S.C. § 1252(b)(2).  Because Mr. Narvaez Bacilima's removal proceedings occurred in New York, we agree with the Attorney General and transfer this petition to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.  The appeal and all its filings are transferred to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

April 25, 2023                     /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court